(96 South. 151)

### Ex parte BOYDSTON. (7 Div. 397.)

(Supreme Court of Alabama. April 19, 1923.)

Certiorari to Court of Appeals.

Petition by Jess Boydston for certiorari to the Court of Appeals to review the judgment of such court (96 South. 149) affirming judgment whereby petitioner was convicted of assault with intent to murder. Writ denied.

Isbell & Scott, of Ft. Payne, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Jess Boydston for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Jess Boydston v. State, 96 South. 149.

Writ denied.